THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK N. TARAS, Appellant, against ROBERT J. KIRBY, as Warden of Sing Sing Prison, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted October 22, 1945; decided October 25, 1945.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* of counsel), and *Charles P. Sullivan, District Attorney,* for motion.

*Joseph Lonardo* opposed.

Motion granted and appeal dismissed unless appellant perfects his appeal and brings the case on for argument during the third week of the February, 1946, session, in which event the motion is denied.